THE STATE, THE EDISON PHONOGRAPH COMPANY, PLAINTIFF IN ERROR, v. THE STATE BOARD OF ASSESSORS.

On error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker.*

For the defendant in error, *William Y. Johnson.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, ABBETT, DEPUE, DIXON, LIPPINCOTT, REED, BOGERT, BROWN, PHELPS, SMITH. 10.

*For reversal*—None.